# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY DIAZ, | : | CIVIL ACTION |
| *Petitioner* | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al. | : | NO. 18-3575 |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 22nd day of October, 2019, upon consideration of *pro se* Petitioner Randy Diaz's September 23, 2019 letter to the Court requesting the Court remand his case and permit Mr. Diaz to restart his appeal process (Doc. No. 32), it is **ORDERED**, as set out in the accompanying Memorandum, that Mr. Diaz must file any renewed objections to Magistrate Judge Rueter's Report & Recommendation within thirty (30) days of the date of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE